THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Issac Billie, Appellant.
 
 
 

Appeal from Clarendon County
 J. Derham Cole, Circuit Court Judge 

Unpublished Opinion No. 2008-UP-359
 Submitted July 1, 2008  Filed July 10,
2008

APPEAL DISMISSED

 
 
 
 Joseph L. Savitz, III, Chief Attorney, South Carolina Commission
 on Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of the Office of the Attorney General, of Columbia; and Solicitor C.
 Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM: 
 Issac Billie pled guilty to leaving the scene of an accident resulting in death,
 and he was sentenced to eight years imprisonment. On appeal, Billie argues the judge erred by accepting his plea
 because the State failed to establish sufficient factual basis for his plea.  Billie
 did not file a pro se brief.  After a thorough review of the
 record and counsels brief pursuant to Anders v. California, 386 U.S.
 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J.,
CURETON and GOOLSBY, A.J.J. concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.